IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| GEORGE K. COLEMAN and | ) Case No. 18 B 03864 |
| DAHJANAY COLEMN | ) Hon. A. BENJAMIN GOLDGAR |
| | ) Chapter 7 |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

　　　PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on August 17, 2018 either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Meghan Holmes, attorney for debtor
mholmes@semradlaw.com

George K. Coleman
Dahjanay Coleman
2107 S. 18th Ave.
Broadview, IL 60155

Capital One Bank (USA) NA
by American InfoSource LP
PO Box 71083
Charlotte, NC 28272-1083

Credit First NA
PO Box 818011
Cleveland, OH 44181

ADF of Illinois LLC
Applied Data Finance LLC
15373 Innovation Drive, Suite 250
Attn: General Counsel
San Diego, CA 92128-3428

Wells Fargo Bank, NA
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Quantum3 Group LLC
agent for Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

```
PRA Receivables
for Synchrony Bank
PO Box 41021
Norfolk, VA 23541

Weinstein & Riley PS
for Comenity Capital Bank/Paypal
2001 Western Ave. - Suite 400
Seattle, WA 98121

Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

United States Dept. of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973
```

    /s/ Allan J. DeMars
Trustee in Bankruptcy

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603