# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: GEORGE K. COLEMAN and DAHJANAY COLEMAN

§
§
§
§

Case No. 18-03864
Hon. A. BENJAMIN GOLDGAR

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $115,319.77 | Assets Exempt: | $45,610.00 |
| Total Distributions to Claimants: | $7,771.22 | Claims Discharged Without Payment: | $149,836.49 |
| Total Expenses of Administration: | $4,228.78 | | |

3) Total gross receipts of $12,000.00 (see **Exhibit 1)**, minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2** ), yielded net receipts of $12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $111,524.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $4,228.78 | $4,228.78 | $4,228.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $56,925.00 | $41,913.21 | $41,913.21 | $7,771.22 |
| **TOTAL DISBURSEMENTS** | $168,449.00 | $46,141.99 | $46,141.99 | $12,000.00 |

4) This case was originally filed under chapter  7  on 02/13/2018 . The case was pending for     8   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/01/2018                        By: /s/ ALLAN J. DeMARS
                                             Trustee

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| from debtors right, title and interest in real estate | 1110-000 | $12,000.00 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $12,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 SCHEDULED WITH NO CLAIM FILED | | $111,524.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $111,524.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | 2600-000 | N/A | $99.12 | $99.12 | $99.12 |
| Allan J. DeMars | 2100-000 | N/A | $1,950.00 | $1,950.00 | $1,950.00 |
| Allan J. DeMars | 2200-000 | N/A | $29.66 | $29.66 | $29.66 |
| Allan J. DeMars | 3110-000 | N/A | $2,150.00 | $2,150.00 | $2,150.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $4,228.78 | $4,228.78 | $4,228.78 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank USA | 7100-900 | $6,985.00 | $6,985.46 | $6,985.46 | $1,835.54 |
| 2 | Capital One Bank USA | 7100-900 | $7,270.00 | $7,270.45 | $7,270.45 | $1,910.43 |
| 3 | Credit First NA | 7100-000 | $363.00 | $382.60 | $382.60 | $100.53 |
| 4 | ADF of Illinois | 7100-000 | $3,000.00 | $4,653.37 | $4,653.37 | $1,222.75 |
| 5 | Wells Fargo Bank NA | 7100-000 | $7,541.00 | $7,541.94 | $7,541.94 | $1,981.76 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Quantum3 Group | 7100-000 | $74.00 | $103.72 | $103.72 | $27.25 |
| 7 | Synchrony Bank | 7100-000 | $2,003.00 | $2,043.71 | $2,043.71 | $537.02 |
| 8 | Comenity Capital Bank | 7100-000 | $300.00 | $297.09 | $297.09 | $78.06 |
| 9 | Dell Financial Services | 7100-900 | $556.00 | $296.37 | $296.37 | $77.88 |
| 10 | US Dept of Education | 7100-000 | $12,324.00 | $12,338.50 | $12,338.50 | $0.00 |
| | 9 scheduled with no claim filed | | $16,509.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $56,925.00 | $41,913.21 | $41,913.21 | $7,771.22 |

EXHIBIT "8" FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 18-03864

Case Name: GEORGE K. COLEMAN and
DAHJANAY COLEMAN

For Period Ending: 3/31/19

Trustee Name: Allan J. DeMars

Date Filed (f) or Converted (c): 2/13/18(F)

§341(a) Meeting Date: 3/14/18

Claims Bar Date: 6/15/18; govt 8/13/18

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** Ref # | | **Petition/ Unscheduled Values** | **Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§ 554(a) abandon** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | residence at 2107 S. 18th Avenue, Broadview | 130,000.00 | 12,000.00 | | 12,000.00 | FA |
| 2 | 2008 Hyundai Accent | 3,025.00 | 0.00 | | | FA |
| 3 | 2010 Chev Equinox | 7,375.00 | 0.00 | | | FA |
| 4 | household goods | 850.00 | 0.00 | | | FA |
| 5 | used electronics | 1,100.00 | 0.00 | | | FA |
| 6 | tattoo equipment | 400.00 | 0.00 | | | FA |
| 7 | clothing | 600.00 | 0.00 | | | FA |
| 8 | Chase checking 0392 | 1,000.00 | 0.00 | | | FA |
| 9 | Chase checking 6762 | 1,000.00 | 0.00 | | | FA |
| 10 | Chase checking 1366 | 1,000.00 | 0.00 | | | FA |
| 11 | Chase savings 5301 | 500.00 | 0.00 | | | FA |
| 12 | Chase savings 3868 | 30.00 | 0.00 | | | FA |
| 13 | CTA Credit Union | 200.00 | 0.00 | | | FA |
| 14 | Chase checking 7352 (u) | 1,519.77 | 0.00 | | | FA |
| 15 | 401k | 16,000.00 | 0.00 | | | FA |
| 16 | tax refund/EIC | 8,330.00 | 0.00 | | | FA |
| 17 | PACE term life | 0.00 | 0.00 | | | FA |

TOTALS (Excluding unknown values)                    12,000.00                    12,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing: sale back to debtors of right, title and interest in their residence

**EXHIBIT "9" – FORM 2**

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

| Case No.: | 18-03864 | Trustee's Name: | Allan J. DeMars |
| Case Name: | GEORGE K. and DAHJANAY COLEMAN | Bank Name: | Associated Bank |
| Taxpayer ID#: | xx-xxx2515 | Initial CD #: | CDI |
| For Period Ending: | 3/31/19 | Blanket bond (per case limit): | 5,000,000 |
| | | Separate bond (if applicable): | |
| | | Checking Acct#: | XXXX XXX 134 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 3/31/18 | | | | | | | 0.00 |
| 4/10/18 | Ref 1 | from debtors | installment for right, title and interest in debtors residential real estate | 1110-000 | 3,000.00 | | 3,000.00 |
| 5/7/18 | Ref 1 | from debtors | installment for right, title and interest in debtors residential real estate | 1110-000 | 700.00 | | 3,700.00 |
| 5/11/18 | | Associated Bank/ Deluxe | bank check printing charge | 2600-000 | | 66.12 | 3,633.88 |
| 5/14/18 | | Associated Bank | Bank service charge | 2600-000 | | 3.00 | 3,630.88 |
| 5/16/18 | Ref 1 | from debtors | installment for right, title and interest in debtors residential real estate | 1110-000 | 425.00 | | 4,055.88 |
| 6/14/18 | | Associated Bank | Bank service charge | 2600-000 | | 15.00 | 4,040.88 |
| 6/25/18 | Ref 1 | from debtors | installment for right, title and interest in debtors residential real estate | 1110-000 | 6,000.00 | | 10,040.88 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 6/25/18 | Ref 1 | from debtors | installment for right, title and interest in debtors residential real estate | 1110-000 | 700.00 | | 10,740.88 |
| 7/16/18 | | Associated Bank | Bank service charge | 2600-000 | | 15.00 | 10,725.88 |
| 7/23/18 | Ref 1 | from debtors | installment for right, title and interest in debtors residential real estate | 1110-000 | 1,175.00 | | 11,900.88 |
| 9/12/18 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,950.00 | 9,950.88 |
| 9/12/18 | Check 1002 | Allan J. DeMars | expenses | 2200-000 | | 29.66 | 9,921.22 |
| 9/12/18 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 2,150.00 | 7,771.22 |
| 9/12/18 | Check 1004 | Capital One Bank USA NA | 726(a)(2) | 7100-900 | | 1,835.54 | 5,935.68 |
| 9/12/18 | Check 1005 | Capital One Bank USA NA | 726(a)(2) | 7100-900 | | 1,910.43 | 4,025.25 |
| 9/12/18 | Check 1006 | Credit First NA | 726(a)(2) | 7100-000 | | 100.53 | 3,924.72 |
| 9/12/18 | Check 1007 | ADF of Illinois, LLC | 726(a)(2) | 7100-000 | | 1,222.75 | 2,701.97 |
| 9/12/18 | Check 1008 | Wells Fargo Bank NA | 726(a)(2) | 7100-000 | | 1,981.76 | 720.21 |
| 9/12/18 | Check 1009 | Quantum3 Group LLC as agent | 726(a)(2) | 7100-000 | | 27.25 | 692.96 |
| 9/12/18 | Check 1010 | Synchrony Bank | 726(a)(2) | 7100-000 | | 537.02 | 155.94 |
| 9/12/18 | Check 1011 | Comenity Capital Bank | 726(a)(2) | 7100-900 | | 78.06 | 77.88 |

Case 18-03864 Doc 43 Filed 10/22/18 Entered 10/22/18 14:26:00 Desc Main
Document Page 10 of 10

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Checking Acct Balance** |
| 9/12/18 | Check 1012 | Dell Financial Services, LLC | | 7100-900 | | 77.88 | 0.00 |

                                COLUMN TOTALS   12,000.00   12,000.00   0.00

L e s s :  B a n k  t r a n s f e r s / C D

Subtotal

Less: Payments to debtor(s)

Net                         12,000.00   12,000.00   0.00

|  | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking# XXXX XXX 134 | 12,000.00 | 12,000.00 | 0.00 |
| Money Market # | | | |
| Savings # | | | |
| CD #CDI | | | |
| Net | 12,000.00 | 12,000.00 | 0.00 |
|  | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |